COGGESHALL, Respondent, v. McGRATH, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1903.) Action by Henry J. Coggeshall, as receiver, etc., against Francis McGrath. No opinion. Judgment affirmed, with costs.

COHEN, Respondent, v. LEE, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1903.) Action by J. Quintus Cohen, as trustee, etc., against John T. Lee, as administrator, etc., of Mary A. Lee, deceased.

PER CURIAM. Judgment affirmed, with costs.

HOOKER, J., dissents.

COHEN v. WAGAR. (Supreme Court, Appellate Division, First Department. December 11, 1903.) Action by J. Quintus Cohen, as trustee, against Mortimer H. Wagar, as president. No opinion. Motion denied.

COLE, Respondent, v. McAULEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 5, 1904.) Action by Edward F. Cole against Daniel McAuley. No opinion. Judgment and order affirmed, with costs.

COLMIER v. CITY OF SYRACUSE. (Supreme Court, Appellate Division, Fourth Department. December 8, 1903.) Action by Herman Colmier against the City of Syracuse. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

COMFORT, Appellant, v. INTERNATIONAL RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 8, 1903.) Action by Frances B. Comfort against the International Railway Company. No opinion. Order affirmed, with $10 costs and disbursements.

CONKLING v. WEATHERWAX et al. (Supreme Court, Appellate Division, Third Department. January 6, 1904.) Action by Clarissa Weatherwax Conkling against John T. Weatherwax and others. No opinion. Appeal from order dismissed, without costs.

COONS, Respondent, v. RUE, Appellant. (Supreme Court, Appellate Division, Third Department. January 16, 1904.) Action by Jane E. Coons against Horton Rue. No opinion. Appeal dismissed, without costs.

COOPER, Appellant, v. NEW YORK, O. & W. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 8, 1903.) Action by Emma Cooper, as, etc., against the New York, Ontario & Western Railroad Company. No opinion. Motion for leave to appeal to the Court of Appeals from the order amending the decision of this court denied, without costs, and a reargument of the

motion to amend the original decision ordered, to be heard at the opening of the next term of this court. See 82 N. Y. Supp. 98.

COOPER v. NEW YORK, O. & W. RY. CO. (Supreme Court, Appellate Division, Fourth Department. January 12, 1904.) Action by Emma Cooper, as, etc., against the New York, Ontario & Western Railway Company.

PER CURIAM. Upon reargument of motion to amend the original decision by this court, it is ordered that the order made by this court October 27, 1903, amending the original decision, be vacated and set aside, and the original motion to amend denied, leaving the decision and order of reversal made by this court standing as originally made. No costs allowed to either party. See 82 N. Y. Supp. 98.

COVER et al. v. WOLF et al. (Supreme Court, Appellate Division, First Department. January 8, 1904.) Action by Thomas Cover and others against George Wolf and others. From an order denying a motion to discontinue the action as against certain defendants, and to amend summons and pleadings by striking the names of such defendants therefrom, plaintiffs appeal. Reversed. William J. Barr, for appellants. Alfred Steckler, for respondents.

PER CURIAM. For the reasons stated in the opinion in Chapman et al. v. Wolf (herewith handed down) 85 N. Y. Supp. 638, the order appealed from should be reversed, and the motion granted, without costs, with leave to the defendant respondent to answer anew, if so advised.

COX, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1903.) Action by John Cox, as administrator, etc., of Fanny Cox, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

CRAGE, Respondent, v. INTERNATIONAL R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 19, 1904.) Action by Michael Crage against the International Railroad Company.

PER CURIAM. Judgment reversed, and new trial ordered, with costs to the appellant to abide event. Held, that the evidence establishes that the overcharge, or refusal by defendant's conductor to issue to the plaintiff a transfer, was the result of inadvertence or mistake, not amounting to gross negligence, and therefore the plaintiff is not entitled to recover.

CRECELIUS, Respondent, v. GROSS, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1903.) Action by Annie Crecelius against George Gross. No opinion. Judgment of the Municipal Court affirmed, with costs.